UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

LA'KEEMON DIXON and HOUSING
OPPORTUNITIES MADE EQUAL, INC,

                Plaintiffs,

v.                                               **ORDER**
                                               11-CV-30S

DEMYAN MUCHNIK, GALINA MUCHNIK, and
SEMYON ZISKIND,

                Defendants.

In a July 1, 2013 order, Plaintiff La'keemon Dixon was directed to file and serve a response to Defendants' Motion to Dismiss on or before July 29, 2013. Plaintiff Dixon was also advised that the failure to do so will result in this Court granting Defendants' motion as uncontested and dismissing this case with prejudice for failure to prosecute. This deadline has passed without any further action on the part of Plaintiff Dixon.

IT HEREBY IS ORDERED, that Defendants' Motion to Dismiss (Docket No. 62) is GRANTED and the complaint is dismissed with prejudice for failure to prosecute;

FURTHER, that the Clerk of the Court is directed to close this case.

SO ORDERED.


Dated:  July 30, 2013
         Buffalo, New York

                                                /s/William M. Skretny
                                               WILLIAM M. SKRETNY
                                                    Chief Judge
                                            United States District Court